JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONA TANASESCU,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>SOHAIL I. SIMJEE, DMD, INC., et al.,<br><br>　　　　Defendants. | Case No. SACV 23-0110-MWF (SP)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Complaint and this action are **DISMISSED** with prejudice.

Dated:  May 24, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge